# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

_Panama City_ Division

### CIVIL RIGHTS COMPLAINT FORM

Eddie Vincent Rutledge

D.O.C # W36300

CASE NUMBER: **5:15cv 42-RV-GRJ**
(To be supplied by Clerk's Office)

(Enter full name of each Plaintiff and
prison number, if applicable)

v.

1.) Dr. Almeyeda Gomez

2) Mrs. Linda Cain

3) Dr. Juan Delos Santos

4) Dr. Jorge Caraballo

(Enter full name of each Defendant.
If additional space is required, use the
blank area directly to the right).

5) Connie Sauls

6.) G. R. Epps

7) Sandra Streetman

8.) Corizon Corporation

9.) Dr. Maxwell Steele

10.) Mrs. Martinez (Nurse)

11.) Mrs. T. Porter (Nurse)

12.)/Mrs. P. Wouland (Nurse)

13.) D. Turner (Physical Therapist)

### ANSWER ALL OF THE FOLLOWING QUESTIONS:

I.   PLACE OF PRESENT CONFINEMENT: Wakulla Correctional Institution -
(Indicate the name and location)
Annex #122  110 Melaleuca drive, Crawfordville Florida. 32327

II.  EXHAUSTION OF ADMINISTRATIVE REMEDIES: **Exhaustion of administrative remedies is
required prior to pursuing a civil rights action regarding conditions or events in any prison, jail,
or detention center. 42 U.S.C. § 1997e(a). Plaintiff is warned that any claims for which the
administrative grievance process was not completed prior to filing this lawsuit may be subject
to dismissal.**

III. PREVIOUS LAWSUITS:

Filed 0302'15 UsDcFln5AM1131

Rec'd 0304'15 UsDcFln1AM0944

A.   Have you initiated other lawsuits in state court dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof?   Yes ( )   No (✓)

B.   Have you initiated other lawsuits in <u>federal court</u> dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof?   Yes ( )   No (✓)

C.   If your answer to either A or B is YES, describe each lawsuit in the space provided below. If there is more than one lawsuit, describe all additional lawsuits on a separate piece of paper, using the same format as below.

1.   Parties to previous lawsuit:

Plaintiff(s): _____ N/A _____

Defendant(s): _____

_____

2.   Court (if federal court, name the district; if state court, name the county):

_____

3.   Docket Number: _____ N/A _____

4.   Name of judge: _____

5.   Briefly describe the facts and basis of the lawsuit: _____

_____ N/A _____

_____

6.   Disposition (Was the case dismissed? Was it appealed? Is it still pending?):

_____ N/A _____

7.   Approximate filing date: _____ N/A _____

8.   Approximate disposition date: _____ N/A _____

D.   Have you initiated lawsuits or appeals from lawsuits in federal court that have been dismissed as frivolous, malicious or for failure to state a claim upon which relief may be granted? If so,

identify these suits below by providing the case number, the style, and the disposition of each case: _____

_____ N/A _____

_____

_____

IV.    <u>PARTIES</u>:  In part A of this section, indicate your full name in the first blank and your full mailing address in the second blank. Do the same for each additional Plaintiff named in the Complaint (if any) in part B of this section:

A.    Name of Plaintiff: Eddie Vincent Rutledge  D.C. # W36300

      Mailing address: Wakulla C.I. annex #122  I/o Melaleuca drive

Crawfordville, Florida. 32327

B.    Additional Plaintiffs: _____

_____ N/A _____

_____

In part C of this section, indicate the **full name** of the first named Defendant.  Also, fill in his or her mailing address, position, and where he or she is employed.  For any additional Defendants, use parts D through G of this section for the names, addresses, positions and places of employment:

C.    Defendant: Dr. Almeyeda Gomez

      Mailing Address: 5563 10TH St. Malone Florida. 32445

      _____

      Position: Senior Physician

      Employed at: Jackson C.I.  5563 10TH St. Malone, FL, 32445

D.    Defendant: Linda Cain

      Mailing Address: 5563 10TH St. Malone Florida. 32445

      _____

DC 225 (Rev 2/2012)                                   ③

Position: Senior Health Care Adviser

Employed at: Jackson Correctional Inst.

E.   Defendant: Corigan Corporation

Mailing Address: 105 West Park Dr. Suite # 200

Brent-Wood, Tennesse. 37027

Position: Health Care provider for F.D.O.C

Employed at: Employed by The State of Florida For All Prisons
NON-private prisons

F.   Defendant: Dr. Juan Delos Santos

Mailing Address: Reception and Medical Center

P.O. Box 628  Lake Butler, Florida. 32054

Position: Physician

Employed at: Reception and Medical Center (Fla. State Prison)

G.   Defendant: Dr. Jorge Caraballo

Mailing Address: P.O. Box 628  Lake Butler, Florida. 32054

Position: Physician

Employed at: Reception and Medical Center (Fla. State Prison)

DC 225 (Rev 2/2012)

4

(5)

H.) Defendant: Connie Sauls
Mailing Address: P.O. Box 628 Lake Butler, Florida
32054
Position: Physical Therapist Assistant
Employed @ Reception And medical Center (FLA State Prison)

I.) Defendant: Mrs. Gr. Epps
Mailing Address: 5563 10TH Street
Malone Florida. 32445
Position: Nurse
Employed @ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Jackson C.I.

J.) Defendant: Sandra Streetman
Mailing Address: 5563 10TH Street
Malone Florida. 32445
Position: Nurse Practitioner
Employed @ Jackson C.I. (FLA State prison)

K.) Defendant: Dr. Maxwell Steele
Mailing Address: P.O. Box 628 Lake Butler, Florida
32054
Position: Orthopedic Surgeon
Employed @ Reception And medical Center (FLA State Prison)

L.) Defendant: Mrs. Martinez
Mailing Address: 5563 10TH Street
Malone Florida. 32445
Position: Nurse
Employed @ Jackson C.I. (FLA State Prison)

⑥

M.) DEFENDANT: MRS. T. PORTER
Mailing Address: 5563 10$\frac{th}{=}$ STREET
Malone Florida. 32445
Position: NURSE
Employed @ JACKSON C.I. (FLA STATE PRISON)

N.) DEFENDANT: MRS P. WOULARD
Mailing Address: 5563 10TH STREET
Malone Florida. 32445
Position: NURSE
Employed @ JACKSON C.I. (FLA STATE PRISON)

O.) DEFENDANT: MR. D. TURNER
Mailing Address: Reception Medical Center
P.O. Box 628
LAKE BUTLER, Florida. 32054
Position: Physical Therapist
Employed @ Reception And medical center (FLA STATE Prison)

⑦

V. STATEMENT OF CLAIM: STATE WHAT RIGHTS UNDER THE CONSTITUTION, LAWS, OR TREATIES OF THE UNITED STATES HAVE BEEN VIOLATED, AND BE SPECIFIC. IF YOU INTEND TO ALLEGE A NUMBER OF RELATED CLAIMS, SET FORTH EACH CLAIM IN A SEPARATE PARAGRAPH. ANY CLAIM THAT IS NOT RELATED TO THE SAME BASIC INCIDENT OR ISSUE MUST BE ADDRESSED IN A SEPARATE CIVIL RIGHTS FORM.

MY RIGHTS TO BE PROTECTED FROM BOTH CRUEL AND UNUSUAL PUNISHMENTS ▬▬ BY THE 8th AMENDMENT WERE TOTALLY IGNORED AND DISREGARDED. MY 14th AMENDMENT RIGHT WERE ALSO VIOLATED FOR THE EQUAL PROTECTION OF LAWS CLAUSE IN SECTION 1; AMENDMENT 14 WAS IGNORED WITH REGARDS TO THE CASE AT HAND. THERE WAS AND STILL IS A PURPOSEFUL AND DELIBERATE INDIFFERENCE TO SERIOUS MEDICAL NEEDS OF A PRISONER WITH REGARDS THIS. PRISONER EDDIE VINCENT RUTLEDGE TORE HIS ACHILLIES TENDON DURING RECREATION AND WAS FORCED TO RETURN TO THE DORMITORY WITH NO WALKING ASSISTANCE; NOR WHEELCHAIR. EDDIE VINCENT RUTLEDGE WAS FORCED TO REMAIN IN THIS STATE LIMPING ON A RUPTURED RIGHT ACHILLIES TENDON FOR NEARLY "5 MONTHS" WITHOUT CRUTCHES OR WHEELCHAIR FOR MOBILITY ASSISTANCE. EVEN AFTER CONSTANT REQUEST FOR AN M.R.I (WHICH WOULD BE CONDUCTED MORE THAN 3 MONTHS AFTER THE INJURY) AND WALKING ASSISTANCE; NONE WOULD BE GIVEN FOR MONTHS. EVEN AFTER THE M.R.I RESULTS WOULD SHOW AND PROVE THE SEVERITY OF TENDON DAMAGE; NO REQUEST FOR A WHEELCHAIR; OR CRUTCHES WOULD BE MET. FURTHER MORE PRISONER EDDIE VINCENT RUTLEDGE WOULD BE SUBJECTED TO A RE-TEAR OF HIS RIGHT ACHILLIES TENDON, PRIOR TO SURGICAL REPAIR. A CLAIM OF MEDICAL MALPRACTICE IS ALSO TO BE INCLUDED HERE. RUTLEDGE CLAIMS THE FOLLOWING (IN GENERAL):

1.) VIOLATION OF HIS 8th AMENDMENT RIGHTS

V. STATEMENT OF CLAIM (CONT) ⑧

2.) Violation, of His 14ᵀᴴ Amendment Right" Equal protection of Laws" (Department of Corrections Had Jurisdiction and governed with no Regard for This Amendment)

3.) Rutledge Also States A Claim of purposeful and deliberate Indifference to serious medical needs.

4.) Rutledge Also States A claim of Inexcusable Medical Malpractice.

VI. STATEMENT OF FACTS: State As Briefly As possible The Facts of your Case. Describe How Each defendant was involved. Do Not Make Any legal Arguments or cite Any cases or Statutes. State with As much specificity As possible the facts in THE following Manner:

1.) Name and position of person(s) involved.
2.) Date(s)
3.) Place(s)
4.) Fact(s) or events(s) giving Rise To your claim, including involvement of Each defendant.
5.) Nature of Extent of Injury (I.E., physical Injury or How you were Harmed by The Acts (or Lack There of) of The defendant[s]).

STATEMENT of Facts:

On April 11ᵀᴴ 2013 I Eddie Vincent Rutledge sustained A Ruptured Right Achillies Tendon @ Jackson C.I. (Rec. Yard) Nurse G.R. Epps Responded To The Emergency And despite ad complains of Extreme soft Tissue pain in The Achillies Tendon Area and no Ability To walk And complaints of.......
....... " Next Page"  ▶

⑨

**✱ ( SEE FOOTNOTE "A-1")**

✱ HEARING A loud POP/TARE IN THE ACHILLIES TENDON AREA; NURSE
6.R. EPPS would go on TO DENIE ME InedinTE AND URGENT
EMERGENCY CARE By PREVENTING my Admission TO A Local
HospiTAL. And ALTHOUGH STAFF WAS AWARE THAT AN M.R.I
WAS NOT only WARRANTED OUT NECCESSARY, THEY would schedule
only X-RAys. ( KNOwing THAT X-Rays could NOT deTECT ANY
SofT TISSue danage) IN THE following WEEKS NURSES
MRs MARTINCZ, MRs PORTER, MRs. P. Wouland, NURSE PRACTITIONER
SANdRA GTRCETMAN, SENIOR HEALTH CARE AdviseR MRs. Linda
CAIN, And doCTOR ALMEYEdA Gomez would ALL SEE ME.
NONE of THEM would provide A pAIR of CRUTCHES ( NURSE
MARTINEZ gAVE ONE CRUTCH foR A 3 day PERIOD. "HARdLy
Sufficient") A WHEELcHAIR, AN M.R.I, NOR PROPER
EXAMINATION OR PAIN MEdICATION WITH STRONG ENUFF
Relief for THE INJURY. The CORIZON CORPORATION AND THERE
ABOVE STAFF MEMBERS would force ME TO WALK UNASSISTED
ON THAT TORN TENdON foR 3-MONTHS Before providing A
PROPER EVALUATION IN THE foRM of AN M.R.I. And AFTER
THAT M.R.I would SHOW EXTENSIVE danage TO THE Right
ACHillies TENdON; No CRUTCHES NOR WHEELCHAIR would be ( NOR CAST)
provided For MONTHS EVEN AfTER M.R.I Results. I Eddie
Vincent RuTLEdge would Be forced To perform WORK dUTIES
And WALK ABOUT THE prison frequently THROUGHOUT EACH
day WITH ABSOULUTELY No ASSISTANCE. And ImpRopER FooTWEAR
AS IS THE CASE EVEN NOW! On August 14ᵗʰ 2013 I
RE-TORE THE Right ACHillies TENdON dURING OBLIGATORY
RECREATION; BuT DR. JuAN DeLoS SANTOS Refused TO
ORdER AN M.R.I TO SEE THE EXTENT of fURTHER
danage. And DR. JuAN D. SANTOS ALSO Refused TO
PROVIde A WHEELCHAIR foR SAfE MOBILITY PLACING ME AT



(10)

GREAT RISK FOR SLIP AND FALL ESPECIALLY IN THE PRISON SHOWERS AT RECEPTION AND MEDICAL CENTER. (A SOFT CAST WAS PLACED ON THE RIGHT ACHILLIES THAT DAY OF AUGUST 14TH 2013 PENDING SURGERY, THAT IN AND OF ITSELF SHOULD HAVE NECESSITATED A WHEELCHAIR) PHYSICAL THERAPIST CONNIE SAULS AND MR. D. TURNER DID NOT MAKE CERTAIN THAT I RECIEVED A FAIR AND PROPER AMOUNT OF PHYSICAL THERAPY; ALLOWING ME TO BE DISCHARGED WITH NO GAIN OR LITTLE GAIN IN THE 4 WEEKS OF REHAB THAT SHOULD HAVE BEEN ATLEAST 6 MONTHS OF REHAB. SANDRA STREETMAN WOULD FALSIFY DOCUMENTS CLAIMING AN ABILITY TO BEAR WEIGHT; AND NO EXISTING DEFORMITY ... YET MY ANKLE AREA EVEN NOW HAS A VISIBLE DEFORMITY AS IT ALWAYS DID. SANDRA STREETMAN PURPOSELY IGNORED MY SOFT TISSUE COMPLAINTS AND PURPOSELY MISDIAGNOISED MY INJURY AS AN ANKLE SPRAIN EVEN THOUGH THE FIRST AND INITIAL REPORT SPECIFICALLY SAID ACHILLIES. THE CORIZON CORPORATION WOULD ALLOW FOR THE WRITTEN MEDICAL FORMS OF THE PATIENT/VICTIM TO BE DESTROYED AND NEVER INCLUDED WITHIN HIS MEDICAL RECORDS. THE MEDICAL FORM ITSELF INSTRUCTS THE MEDICAL PERSONEL TO DESTROY ANY COPY OF THE MEDICAL FORM UNLESS THE PRISONER IS IN SOME TYPE OF SPECIAL HOUSING. THIS ALLOWED FOR EACH OF MY HAND WRITTEN "SICK - CALL REQUEST" (MEDICAL FORMS) TO BE DESTROYED COMPLETELY AND, OR SUBSTITUTED FOR A NURSES HAND WRITTEN SUBSTITUTION; OR WORSE, IGNORED IN ITS ENTIRETY. THE CORIZON CORPORATION ALSO ALLOWED FOR MY MISTREATMENT; AND PAIN AND SUFFERING. THE CORIZON CORPORATION DID NOT ALLOW FOR OR

(11)

Approve of Adequate physical THERApy nor Timely Surgery.
The Corizon Corporation did not ensure post surgical
care nor Follow-ups. proper footwear was NEVER provided
And suffering continues even Today due to There Neg-
ligence. Because of The negligence By Dr. Almeyeda
gomez, Linda Cain, Sandra STREETMAN, And THE Corizon
Corporation in There failure to place a protective cast
on Eddie Vincent Rutledge's Leg (Right Achillies) And provide
Proper mobility By providing THe use of a wheelchair,
The Above Named parties caused Eddie Vincent Rutledge
To suffer A Second Tear to THAT Very same Right
Achillies Tendon. Much Emotional and pain was caused,
As well. Dr. Maxwell steele did Not continuously
Follow up with the patient And His progress; nor
did He mandate A proper plan For the Recovery
process for Eddie Vincent Rutledge. Dr. Maxwell
steele would Also Fail to provide or order Adequate
Footwear for the support of Eddie Vincent Rutledge.
(Failure To provide orthopedic shoes or boots)
Dr. Maxwell steele However did order A pneumatic
walking Boot for Rutledge; And Left Him To
walk in it for A years Time. (doing More Harm
than good) And never providing Adequate shoe wear
post surgery. No shoes with Ankle Support. Patient
Also suffered A Vicious M.R.S.A Infection Post Surgery!
VII. Relief Requested: State Briefly what you want
The Court To do for you. Again, do Not make Any
Legal Arguments or cite Any cases or statutes.

Relieve Requested (12) (cont.)

• I would demand THAT I RECIEVE MONETARY COMPENSATION
IN BOTH THERE official capacity AND Individual capacity
in THE form of 1.) punitive award 2.) Compensatory Award
3) Nominal Award ------ for THE AMOUNTS AS fellows

| PERSON(s) | Official CAP. | Individual CAP. |
|---|---|---|
| 1.) Dr. Almeyeda Gomez | $2,000,000.00 | $175,000.00 |
| 2.) Senior Care : Mrs. Linda Cain | $2,000,000.00 | $175,000.00 |
| 3.) Dr. Jorge Caraballo | $125,000.00 | $50,000.00 |
| 4.) Dr. Juan Delos Santos | $75,000.00 | $10,000.00 |
| 5.) Connie Sauls | $500,000.00 | $10,000.00 |
| 6.) G.R. Epps | $2,000,000.00 | $175,000.00 |
| 7.) Sandra Streetman | $1,000,000.00 | $100,000.00 |
| 8.) Corizon Corporation | $10,000,000.00 | $10,000,000.00 |
| 9.) Dr. Maxwell Steel | $1,000,000.00 | $125,000.00 |
| 10.) Mrs. Martinez | $200,000.00 | $20,000.00 |
| 11.) Mrs. T. Porter | $100,000.00 | $1,000.00 |
| 12.) Mrs. P. Uouland | $50,000.00 | $500.00 |
| 13.) D. Turner | $150,000.00 | $15,000.00 |

And A Nominal Award of $5,000.00 From EACH
Party;

• Or A Jury Trial Against THE defendants AS mandated
By Law

(* Footnote : "A-1")

* THis INJURy HAS Affected Eddie Vincent Rutledge for Life.
His Ability To OBTAIN Employment Has Been Exponentially
Decreased. His Ability To perform THE most Basic
Functions HAS been Decreased. His Quality of Life
Exponetially Lowered.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Signed this __24__ day of __FEB._____, 20__15__ .

_____

(Signatures of all Plaintiffs)

**IF MAILED BY PRISONER:**

I declare (or certify, verify, or affirm) under penalty of perjury that this complaint was (check one): ☑ delivered to prison officials for mailing or ☐ deposited in the prison's internal mail on: the __24TH__ day of __February_____, 20__15__ .

_____

(Signatures of all Plaintiffs)

DC 225 (Rev 2/2012)                                    ⑬



Mr. Eddie V. Rutledge #W36300
Wakulla Correctional Institution - Annex #122
110 Melaleuca drive
Crawfordville, Florida. 32327

CLERK OF COURT
U.S. District Court
30 Government Street
Panama City, Florida. 32401-2758