IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

EDDIE VINCENT RUTLEDGE,
    Plaintiff,
v.                                                  CASE NO. 5:15-cv-42-RV-GRJ

LINDA CAIN, et al.,
    Defendants.
_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated August 18, 2016 (ECF No. 88). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The magistrate judge's Report and Recommendation, ECF No. 88, is adopted and incorporated by reference in this order.

2.    The motions for summary judgment, ECF No. 58 and 80, are **GRANTED**, and the Motion to Dismiss Amended Complaint, ECF No. 63, is

**DENIED** as **MOOT.**  The Clerk is directed to enter judgment in favor of Defendants.

**DONE AND ORDERED** this 22nd day of September, 2016.

*/s/ Roger Vinson*
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**